## UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF NEW YORK

## DEFAULT JUDGMENT IN A CIVIL CASE

**International Brotherhood of Electrical Workers Local No. 325 Annuity Fund, International Brotherhood of Electrical Workers Local No. 325 Joint Apprenticeship Training Committee Fund, International Brotherhood of Electrical Workers Local No. 325 Joint Trust Fund, International Brotherhood of Electrical Workers Local No. 325 Pension Fund, International Brotherhood of Electrical Workers Local Union No. 325, Local Union No. 325, International Brotherhood of Electrical Workers and Employers Cooperative Trust Fund, NECA-IBEW National Labor-Management Cooperation Committee Trust Fund, National Electrical Benefit Fund, Southern Tier Chapter - NECA**
            Plaintiffs
  vs.          **CASE NUMBER: 5:09-CV-800 (FJS)**

**M. Gleason & Son of Binghamton, NY, Inc., and Robert M. Gleason, Jr.**
         Defendants

**Decision by Court.**  This action came to hearing before the Court.
     The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

That the Report and Recommendation of Magistrate Judge David E. Peebles is Accepted in its entirety, defendants' answer is hereby Stricken from the Record.  Default Judgment is entered against M. Gleason & Sons of Binghamton, NY, Inc., and Robert M. Gleason, Jr., on the issue of liability. Plaintiff's Motion for an award of costs, including attorney's fees, in the amount of $4,051.34 is Granted.  A determination on the claim for damages will be issued after a review of the necessary documentation is completed.

All of the above pursuant to the order of the Honorable Judge Frederick J. Scullin, dated the 14th day of December, 2011.

DATED: December 14, 2011

*[signature]*
Clerk of Court

         s/
         _____
         Joanne Bleskoski
         Deputy Clerk