## UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF NEW YORK

## JUDGMENT IN A CIVIL CASE

INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS LOCAL NO. 325 PENSION FUND, by James F. Collins and Kimberly A. Bautista, as Trustees; INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS LOCAL NO. 325 JOINT TRUST FUND, by James F. Collins and Kimberly A. Bautista, as Trustees; INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS LOCAL NO. 325 ANNUITY FUND, by James F. Collins and Kimberly A. Bautista, as Trustees; INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS LOCAL NO. 325 JOINT APPRENTICESHIP TRAINING COMMITTEE FUND, by James F. Collins and Kimberly A. Bautista, as Trustees; LOCAL UNION NO. 325, INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS AND EMPLOYERS COOPERATIVE TRUST FUND, by James F. Collins and Kimberly A. Bautista, as Trustees; NATIONAL ELECTRICAL BENEFIT FUND, by Ben Cook and Edwin D. Hill, as Trustees; NECA-IBEW NATIONAL LABOR-MANAGEMENT COOPERATION COMMITTEE TRUST FUND, by Ben Cook and Edwin D. Hill, as Trustees; SOUTHERN TIER CHAPTER - NECA, by Kimberly A. Bautista, Chapter Manager; and INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS LOCAL UNION NO. 325, by James F. Collins, Business Manager,
      Plaintiffs

vs.                    CASE NUMBER: 5:09-CV-800 (FJS/DEP)

M. GLEASON & SONS OF BINGHAMTON, NY, INC. and ROBERT M. GLEASON, JR., Individually and as an Officer of M. Gleason & Sons of Binghamton, NY, Inc.
      Defendants

**Decision by Court.** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

That Plaintiff's Motion for Default Judgment is GRANTED. Default Judgment is entered in favor of plaintiffs' and against defendants as follows: $20,177.58 in fringe benefit contributions and deductions, $57,307.71 in interest, $77,172.71 in liquidated damages, $18,010.20 in audit fees, $73,566.60 in attorney's fees and $6,295.48 in costs for a total award amount of $252,530.28 as well as post judgment interest on that amount at the rate of 0.16 percent per year pursuant to 28 USC section 28 USC section 1961.

All of the above pursuant to the order of the Honorable Judge Frederick J. Scullin, Jr., dated the 12th day of March, 2013.

DATED: March 18, 2013

*[signature]*
Clerk of Court

s/

Joanne Bleskoski, Deputy Clerk